

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAR 20 2008
MAR 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Gregory CHAMPION

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Directer Godinez

Thomas Dart

Pev Sapeta

Dick Devine

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1632
JUDGE PALLMEYER
MAGISTRATE JUDGE VALDEZ

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

__X__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: Gregory Champion

    B. List all aliases: _____

    C. Prisoner identification number: 200600800031

    D. Place of present confinement: Cook County Jail

    E. Address: 2700 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Godinez

    Title: Executive Director

    Place of Employment: Cook County Jail

    B. Defendant: Thomas Dart

    Title: Sheriff

    Place of Employment: Cook County

    C. Defendant: Peu Sapeta

    Title: States Attorney Employee, Cook County

    Place of Employment: Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Richard Devine
Cook County States Attorney
Cook County

2

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A.  Name of case and docket number: CHAMPION v DAhlQuisT 07C1373

  B.  Approximate date of filing lawsuit: 03/07

  C.  List all ~~plaintiffs~~ defendants (if you had ~~co-plaintiffs~~), including any aliases: C.P.D Root #16311, Philip Cline, CHGO. Police Department, City of Chicago, Ronald Dahlquist

  D.  List all ~~defendants~~ Plaintiffs: Greg Champion

  E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

  F.  Name of judge to whom case was assigned: Castillo

  G.  Basic claim made: false Arrest, 14uth Amendment

  H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

  I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A. NAME OF CASE AND DOCKET NUMBER  Champion v Eagle Printing
   07C 1702

B. APPROXIMATE DATE OF FILING ?  04/07

C. LIST ALL PLAINTIFFS.
   Gregory Champion

D. LIST ALL DEFENDANTS.
   Frank Rosienski
   Kevin Rosienski

E. COURT IN WHICH THE LAWSUIT WAS FILED
   Northern District

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
   Castillo

G. BASIC CLAIM MADE.
   Unjust Firing

H. DISPOSITION OF THIS CASE.
   Dismissed

I. DATE OF DISPOSITION
   05/07

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A. NAME OF CASE AND DOCKET NUMBER   CHAMPION v GODINEZ
   07C 4852

B. APPROXIMATE DATE OF FILING ?   08/07

C. LIST ALL PLAINTIFFS.

   Gregory Champion

D. LIST ALL DEFENDANTS.
   Godinez
   John Delia
   Thomas Dart

E. COURT IN WHICH THE LAWSUIT WAS FILED
   Northern District

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
   Pallmeyer

G. BASIC CLAIM MADE.
   4 Amendment illegal Search & Seizure

H. DISPOSITION OF THIS CASE.
   Dismissed

I. DATE OF DISPOSITION
   08/07

**LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT**

A. NAME OF CASE AND DOCKET NUMBER  Champion v Godinez  07c 6070

B. APPROXIMATE DATE OF FILING ?  10/07

C. LIST ALL PLAINTIFFS.
Gregory Champion

D. LIST ALL DEFENDANTS.
Victoria Furlow
A. Ting

E. COURT IN WHICH THE LAWSUIT WAS FILED
Northern District

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
Pallmeyer

G. BASIC CLAIM MADE.
Deliberate indifference to severe medical need

H. DISPOSITION OF THIS CASE.
Pending

I. DATE OF DISPOSITION

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A. NAME OF CASE AND DOCKET NUMBER   Champion v Dart
07C6414

B. APPROXIMATE DATE OF FILING?   11/07

C. LIST ALL PLAINTIFFS.
Gregory Champion

D. LIST ALL DEFENDANTS.
C.P.D. officer Delia #20736
C.P.D. officer Hoffman (Belmont/Western) District

E. COURT IN WHICH THE LAWSUIT WAS FILED
Northern District

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
Pallmeyer

G. BASIC CLAIM MADE.
false Arrest

H. DISPOSITION OF THIS CASE.
pending

I. DATE OF DISPOSITION

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A. NAME OF CASE AND DOCKET NUMBER Champion v Dart
   07C 7267

B. APPROXIMATE DATE OF FILING ? 12/07

C. LIST ALL PLAINTIFFS.
   Gregory Champion

D. LIST ALL DEFENDANTS.
   sheriff Deputy King
   Sheriff Deputy Ms. Parks
   Godinez
   Dart

E. COURT IN WHICH THE LAWSUIT WAS FILED
   Northern District

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
   Pallmeyer

G. BASIC CLAIM MADE.
   Failure To Protect

H. DISPOSITION OF THIS CASE.
   Pending

I. DATE OF DISPOSITION

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A. NAME OF CASE AND DOCKET NUMBER Champion v Devine
   08C0022

B. APPROXIMATE DATE OF FILING ?
   12/07

C. LIST ALL PLAINTIFFS.
   Gregory Champion

D. LIST ALL DEFENDANTS.
   Dick Devine
   John Delia
   City of Chicago
   Godinez

E. COURT IN WHICH THE LAWSUIT WAS FILED
   Northern District

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
   Pallmeyer

G. BASIC CLAIM MADE.
   Illegal Search & Seizure

H. DISPOSITION OF THIS CASE.
   Dismissed

I. DATE OF DISPOSITION

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: CHAmPion v Doody 08C1240

B. Approximate date of filing lawsuit: 2/08

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Gregory CHAmpion

D. List all defendants: SArGeNT Doody Deputy JudGe

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern DISTrIeT

F. Name of judge to whom case was assigned: PAllmeyer

G. Basic claim made: FAilure To ProTeeT

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① Plaintiff Champion was jailed, circa 10/15/06, in Cook County jail, with his inventoried property & clothes. Approximately 10/26/06, County jail released his belongings, without his authorization, to asst. States attorney employee Pex Sopeta. Allegedly a subpoena was shown to a Cook County jail employee, who remains unidentified.

②. Circa 02/13/07, Judge Sconza #1914 sent 2nd order to County jail ordering the release of documents in bag for use at trial. Fax was sent to Sconza stating that belongings had been picked up by Pex Sopeta, with no date of release shown!!

③ Copies of all of the pertinent "illegal activities" have been obtained by Plaintiff & are presented herein. The alleged subpoena is bogus, There is no record at County jail of it being served, whomever There is absolutely no record of it even ever being authorized because Dorothy Brown's signature is forged!! This activity reeks of Official misconduct & Illegal search & seizure.!! It certainly feels as if I, Plaintiff Champion, am in the middle of a grand conspiracy of overwhelming magnitude. These "State" actors cannot be allowed to get away with this. ④ Their actions are paramount to burglary!!! It is essential that I be allowed to redress these depravations of my U.S. Constitutional rights & immunities. Thank you

Revised 9/2007

(4) This issue has not been settled by "Res Judicata," as of yet, 3/09/08!! I prayerfully Pray that this Complaint is allowed to run its Course, I need justice to be served!!

5. Executive Director Godinez & Sheriff Thomas Dart, acting under color of State law, are leable for not preventing some anonymous County jail employee from physically releasing Plaintiff Champions personal belongings without his approval. These (2) also are part & privy to illegal Search & Seizure!! Sense it is not anywhere on record which one of their employees released these items they are responsible.!! County jail tried to cover up the fact that belongings were released until threat of Federal suit was brought to their attention; They have no record of ever releasing Plaintiffs belongings!!!

(6) Pen Sopeta & Dick Devene, acting under color of State law, are leable for illegal search & Seizure. Sopeta for the actual Procuring of belongings, & since it is unknown who drafted illegal subpoena ▪ Devene has culpability, since it is known that states attorney's office was involved in producing subpoena.

(7) All (4) defendants are party & privy to "Official Misconduct"!

(8) In support of this "1983" Complaint, I have included (2) previously sent letters that I received from Lisa Madigan, & U.S. Attorney Patrick ▪ Fitzgerald stating that they cannot help me in this Matter!!!
Nobody seems to feel this matter is within their jurisdiction. Perhaps the U.S. Supreme Court might agree with me!! I also contacted Anita Alvarez 1st dept. States Attorney, Cook County, to no avail!! No-one wants to deal with this misconduct against me!! incredible!!!

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want all (4) liable for monetary damages.
In addition, I would also <ins>like to</ins> seek to pursue charges against defendants Pursuant to Section 19 and 20 of the U.S. Criminal code of 1866 for wellfull & wanton violation of these Sections.!!

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  9  day of  March , 20 0 8

Gregory L. Champion
(Signature of plaintiff or plaintiffs)

Gregory L. CHAMPION
(Print name)

200600P0031
(I.D. Number)

1419 Woodhollow Ln
Flossmoor, Ill. 60422
(Address)

ORDER　　　　　　　　　　　　　　　　　　CCG N002-300M-2/28/05(43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

State of Illinois

v.

Gregory Champion

No. 06-239138
　　06-276754

**ORDER**

It is hereby ordered:

1) On February 20, 2007 - Cook County Sheriff shall bring Defendant's personal bag/backpack to Branch 46 - 555 W Harrison 9:00 a.m. inventory # 035112. I.D. # 6-80031

2. Defendant's attorney, seeks to obtain all paperwork, receipts, notes, etc. from the bag for use at trial.

**ENTERED**
FEB 13 2007
DOROTHY BROWN
CLERK OF CIRCUIT COURT

Atty. No.: 30295
Name: M. Biel
Atty. for: Gregory Champion
Address: 555 W. Harrison
City/State/Zip: Chicago, IL
Telephone: (312) 325-9400

ENTERED:

Dated: 2-13, 07

Judge　　　　　Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Exhibit (1)

ORDER                                                         CCG N002-300M-2/28/05(43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF STATE OF ILLINOIS

v.

GREGORY CHAMPION

No. 06-239138
    06-276754

**ENTERED**
FEB 08 2007
DOROTHY BROWN
CLERK OF CIRCUIT COURT

### ORDER

IT IS HEREBY ORDERED:

1) ON FEBRUARY 13, 2007 - COOK COUNTY SHERIFF SHALL BRING DEFENDANT'S PERSONAL BAG/BACKPACK TO BRANCH 46 - 555 W. HARRISON 9:00 A.M.

2) DEFENDANT'S ATTORNEY, SEEKS TO OBTAIN ALL PAPERWORK, RECEIPTS, NOTES, ETC. FROM THE BAG FOR USE AT TRIAL.

Atty. No.: PUB. DEF.
Name: M. BIEL
Atty. for: G. CHAMPION
Address: 555 W. HARRISON
City/State/Zip: CHICAGO, IL
Telephone: 312-325-9400

ENTERED:
Dated: FEB. 8, 2007

Judge                     Judge's No. 1914

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Exhibit B                              ORIGINAL - COURT FILE

IN THE CIRCUIT COURT OF COOK COUNTY
THE PEOPLE OF THE STATE OF ILLINOIS

Oct 861

TO  COOK COUNTY SHERIFFS DEPT.
ATTN. EXECUTIVE DIR. KURTOVICH
26TH & CALIFORNIA
CHICAGO, ILLINOIS 60608

GREETING:

WE COMMAND YOU, that all business and excuses being laid aside, you and each of your attend before the Grand Jury of our Circuit Court of Cook County, on this day of, 2006 at 9:00 o'clock in the AM at the Circuit Court House in Chicago, 26th and California Avenue, in said Cook County, to give evidence and the truth to speak concerning a certain complaint made before said Grand Jury, against JOHN DOE INVESTIGATION and that you also diligently and carefully search for, and examine and inquire after and bring with you and produce at the time and place aforesaid ANY AND ALL CONTENTS OF THE PROPERTY BAG BELONGING TO INMATE GREGORY CHAMPION IR # 911336.

Compliance with this subpoena may be made by tendering the aforesaid documents to DET. J. DELIA (STAR #20736), CHICAGO POLICE DEPARTMENT, AREA 3 UNIT #630, 2452 W. BELMONT STREET, CHICAGO, ILLINOIS 60618, TELEPHONE (312) 744.8263 & FAX (312) 744.5130, agents of the Grand Jury. You are not to disclose the existence of this request as such disclosure may impede the investigation and compromise the enforcement of the law.

And this you will in no wise omit under penalty of the Law.

Witness, DOROTHY BROWN, Clerk of our said Court and the Seal thereof, at Chicago, in said County, this 26TH day of OCTOBER 2006

_Dorothy Brown_
Clerk

FABIO VALENTINI
ASSISTANT STATE'S ATTORNEY
Felony Review
2650 South California Avenue
Chicago, Illinois 60608
ROOM - 14 C 10
(773) 869-3020

**FILED GRAND JURY**

OCT 2 6 2006

DATE

STATE OF ILLINOIS ) SS.
COOK COUNTY

_____ being duly sworn, on oath says that he served the within Writ by reading the same to the within

_____ on the _____ day of _____ 20____, in said Court.

Sworn to me before this _____ day of _____ 20____.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Exhibit 2

0080025
0080026
0080027
0080028
0080029
0080030
0080031  X Stella 20736      PcR ap By S/Ab Athw Rev Sapeta
0080032
0080033
0080034
0080035  X Colin Walker          10/15/06
0080036
0080037  Shun Kuehn  moth 10-23-06
0080038
0080039  Rondi Johnson  10-20-06
0080040  X Hector Moms    10/15/06
0080041
0080042  X
0080043  X Margot Ortiz    10/18/06
0080044
0080045  X Royce Mago
0080046

1R

Exhibit ④



**U.S. Department of Justice**

United States Attorney
Northern District of Illinois

Everett McKinley Dirksen Building      (312) 353-5300
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

January 31, 2008

Mr. Gregory Champion
#20060080031
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Champion:

This letter is to acknowledge receipt of your correspondence by this office on October 11, November 20, and December 14, 2007. Since the basis of your complaint does not appear to be within our jurisdiction, we are unable to take any action in this matter. You may wish to contact a private attorney for legal advice.

Very truly yours,

PATRICK J. FITZGERALD
United States Attorney

By:   <u>Screening Committee</u>



Exhibit 5



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

January 4, 2008

Mr. Gregory Champion
#20060080031
PO Box 089002
Chicago, IL 60608

REF NR:  08 - 85286

Dear Mr. Champion:

Thank you for your courtesy in writing to Attorney General Lisa Madigan. The Attorney General asked that I respond to your inquiry on her behalf.

Regrettably, this office cannot be of assistance to you in this matter. The issues you raise are outside the jurisdiction of the Illinois Office of Attorney General. By law, the Attorney General serves as the state's chief legal officer responsible for the legal affairs of the state of Illinois.

I am sorry that I could not have provided you with a more favorable response.

Sincerely,

Erin Ruebbelke
Public Affairs Officer


Exhibit 6

500 South Second Street, Springfield, Illinois  62706  •  (217) 782-1090  •  TTY: (217) 785-2771  •  Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois  60601  •  (312) 814-3000  •  TTY: (312) 814-3374  •  Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois  62901  •  (618) 529-6400  •  TTY: (618) 529-6403  •  Fax: (618) 529-6416