F I L E D

MAR 2 0 2008 *aw*
Mar 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Gregory Champion )

v.

Defendant(s) Godinez
Dart
Sapeta
Devine

08CV1632
JUDGE PALLMEYER
MAGISTRATE JUDGE VALDEZ

MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Gregory Champion, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:
   I am totally devoid of any resources whatsoever, No-one is interested in being involved in pro-bono or contingency situation, regrettably, Greg Champion

3. In further support of my motion, I declare that (check appropriate box):
   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Gregory Champion
Movant's Signature

3/09/08
Date

1419 Woodhollow Ln
Street Address

Flossmoor IL. 60422
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently,(or previously have been) represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: | Rueben Castillo |
| Case Number: | 07C1373 |
| Case Title: | Champion v Dahlquist |
| Appointed Attorney's Name: | Laura D. Cullison |
| If this case is still pending, please check box | [X] |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | [ ] |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | [ ] |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | [ ] |