DEAR CLERK OF THE DISTRICT COURT AND PRISONER CORRESPONDENT:

MY NAME IS GREGORY CHAMPION AND AS USUAL I HAVE A MAJOR CONCERN. I HAVE THIS CURRENT 1983 COMPLAINT AND I HAVE HAD IT READY TO BE COPIED AND SENT TO YOU FOR THE PAST 3 WEEKS. I HAVE MISSED THE LIBRARY THE PAST 2 WEEKS BY NO FAULT OF MY OWN. NOW I COME TODAY AND I AM TOLD THAT THE COPIER IS NOT WORKING. PLEASE FORGIVE ME, I SUSPECT BECAUSE I HAVE PENDING LITIGATION AGAINST COOK COUNTY JAIL THAT THEY ARE MAKING IT NEXT TO IMPOSSIBLE TO GET COPIES OR WHATEVER ELSE I MAY NEED.

SO WOULD YOU PLEASE BEAR WITH ME AND MAKE ME SERVICE COPIES OF MY CURRENT 1983 COMPLAINT SO MY SUIT WILL NOT BE REJECTED OR DELAYED ON A TECHNICALITY.

VERY SINCERELY,

GREGORY CHAMPION

#20060080031

P.O BOX 089002

CHICAGO ILLINOIS 60608

FILED
MAR 2 0 2008
Mar 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV1632
JUDGE PALLMEYER
MAGISTRATE JUDGE VALDEZ