CH

04/09/08

RE 08C1632

Dear Clerk of District Court and Hon. R. Pallmeyer,

Again this is Gregory Champion, I wrote you a brief letter and sent in complaint #08C1632. In the letter, I mentioned that division 5 law library copier is broken, I was forced to send in (1) copy of complaint complete with all of my original evidence, exhibits. Please Honorable Pallmeyer, I need to get to the Bottom of the illegal activity on the part of Cook County Jail and States Attorney's office, who have conspired to steal my evidence, & break the U.S. Constitution. I need to be appointed counsel in this case to compel them to settle this egregious illegal activity.

Please appoint me Counsel to defend my Constitutional Rights.

Sincerely

Gregory Champion
20060080031
P.O. Box 089002
Chgo, Ill. 60608

P.S. Could you please make a copy of complaint & exhibits and return to me.
Thanx

FILED
APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT